## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **EDIN ODONIEL LEIVA PINTO**, <br><br> Petitioner, <br><br> *v.* <br><br> **JL JAMISON**, *in his official capacity as Warden of Federal Detention Center in Philadelphia*, et al., <br><br> Respondents. | **CIVIL ACTION** <br><br><br> **NO. 26-646-KSM** |

## ORDER

**AND NOW**, this 3rd day of February, 2026, Petitioner having provided the Court with updated filings that comply with Federal Rule of Civil Procedure 5.2 and Local Rules of Civil Procedure 5.1.2.11(b) and 5.3, it is **ORDERED** that Petitioner's Amended Petition (Doc. No. 4), and the attachment thereto (Doc. No. 4-1), are **STRICKEN** as unnecessary.  The Clerk of Court is **DIRECTED** to remove them from the docket.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.